

101 Park Avenue, 17th Floor
New York, NY 10178
📞 212.878.7900  🖨 212.692.0940
WWW.FOXROTHSCHILD.COM

August 13, 2025

DEVIN S. COHEN
Direct Dial: 212-878-7981
Email Address: DSCohen@FoxRothschild.com

> Application **GRANTED**. The initial pretrial conference scheduled for September 2, 2025, is **ADJOURNED** to **October 7, 2025, at 3:00 P.M.** The parties' deadline to file the joint letter and proposed civil case management plan is extended to **September 30, 2025**.
>
> Dated: August 14, 2025.
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Cardenas v. Lendeavor Group LLC*
              Civil Action No.: 1:25-cv-05817-LGS

Dear Judge Schofield:

    We are in the process of being retained by Defendant Lendeavor Group LLC ("Defendant") to represent Defendant in the above-referenced matter. Pursuant to Rule I.B(3) of Your Honor's Individual Rules, Defendant respectfully submits this letter-motion to request a 30-day extension for Plaintiff Erica Cardenas ("Plaintiff") and Defendant (together, the "Parties") to file a joint letter and a 30-day adjournment of the conference, presently set for September 2, 2025, at 3:00 PM.

    As this Court is aware, this law firm is in the process of being retained to represent Defendant in this action. (ECF No. 7.) On August 13, 2025, this Court granted Defendant's request for an extension of time to respond to the Complaint; Defendant's response is now due September 19, 2025. (ECF No. 8.) Defendant is hereby requesting a corresponding extension of the Parties' deadline to file a joint letter, presently due August 26, 2025 (the "Joint Letter"), as well as an adjournment of the conference, presently set for September 2, 2025, at 3:00 PM (the "Conference") (ECF No. 5).

    We apologize for the redundancy between this request and Defendant's request for an extension of time to respond to the Complaint. The additional time will enable Defendant to finalize the retention and to begin conducting its investigation into the claims asserted by Plaintiff to time in order to (i) prepare its portions of the Joint Letter and (ii) appear before this Court at the Conference and/or to determine whether potential early resolution is feasible. This is Defendant's first request for (i) an extension of time to file the Joint Letter and (ii) an adjournment of the

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington

175649661.1

Judge Schofield
August 13, 2025
Page 2

Conference. Counsel for Plaintiff consents to this request. These requests do not affect any other scheduled dates.

    We thank the Court for its time.

Respectfully submitted,<br>
**FOX ROTHSCHILD LLP**

/s/ *Devin S. Cohen*<br>
Devin S. Cohen

152643581.1