

101 Park Avenue, 17th Floor
New York, NY 10178
☎ 212.878.7900 🖶 212.692.0940
www.foxrothschild.com

DEVIN S. COHEN, ESQ.
DSCohen@FoxRothschild.com

**Application granted.  Mr. David H. Colvin may participate in the initial conference scheduled for October 7, 2025.**

**Dated: October 6, 2025
        New York, New York**

October  3, 2025

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**
Honorable Lorna G. Schofield
U.S. District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Cardenas v. Lendeavor Group LLC; Case No. 1:25-cv-05817-LGS*
     <u>Request for Counsel to Participate at Upcoming Initial Conference</u>

Dear Judge Schofield:

    We represent Defendant Lendeavor Group LLC ("Defendant") in the above-referenced matter. We write, respectfully, to request that Defendant's lead counsel, Mr. David H. Colvin, Esq. be permitted to participate in the initial conference, scheduled for October 7, 2025.

    Defendant's lead counsel in this matter is/will be Mr. David H. Colvin, Esq. As of the date of this correspondence, Defendant has not yet filed a motion for Mr. Colvin to appear *Pro Hac Vice* (the "PHV Motion"). Defendant is in the process of obtaining all necessary information to file the PHV Motion. However, it is likely that the PHV Motion will not be filed (or granted) prior to the initial conference, scheduled for October 7, 2025. Mr. Colvin's ability to participate is crucial to Defendant's defense in this action. Accordingly, Defendant is respectfully requesting that Mr. Colvin be permitted to participate in the initial conference, despite the fact that the PHV Motion is not yet finalized. We apologize for the inconvenience.

    We thank you for Your Honor's consideration in this matter.

                                            Respectfully submitted,

                                            **FOX ROTHSCHILD LLP**

                                            */s/ Devin S. Cohen*
                                            Devin S. Cohen

177749475.1

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington