```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   ERICA CARDENAS,                                           :
                                 Plaintiff,                  :
                                                             :         25 Civ. 5817 (LGS)
                  -against-                                  :
                                                             :              ORDER
   LENDEAVOR GROUP,                                          :
                                 Defendant.                  :
------------------------------------------------------------ :
                                                             X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference is currently scheduled for **October 7, 2025**, at **3:00 P.M.** It is hereby

**ORDERED** that the conference is rescheduled to **October 7, 2025**, at **3:15 P.M.** The conference will be held **telephonically**.

Dated: October 6, 2025
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**