UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                               :

ERICA CARDENAS,                   :

                               :

                Plaintiff,   :

                               :         25 Civ. 5817 (LGS)

          -against-        :

                               :            ORDER

LENDEAVOR GROUP, LLC,     :

                               :

              Defendant.  :

                               :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 12, 2025, Devin S. Cohen's motion to withdraw as counsel for

Defendant Lendeavor Group, LLC was granted (Dkt. No. 24).

      WHEREAS, the November 12, 2025, Order required Defendant to obtain, by December

12, 2025, representation through a licensed attorney to appear in this case, or inform the Court

that it does not intend to defend the action, because it, as an entity, cannot proceed pro se and

must appear through counsel.  The Order stated that failure to retain counsel or to seek extension

of time to do so by December 12, 2025, may result in default judgment being entered against

Defendant.

      WHEREAS, to date no counsel has appeared on behalf of Defendant, and Defendant has

not informed the Court whether it intends to defend the action.  It is hereby

      **ORDERED** that by **February 2, 2026**, Plaintiff shall move to dismiss this action or move

for default.

Dated: January 12, 2026
      New York, New York

                                          LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE